IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM F.B. VEAVER,

        Plaintiff,                  No. CIV S-08-0515 LEW GGH P

    vs.

BUTTE COUNTY JAIL, et al.,

        Defendants.            <u>ORDER FOR PAYMENT</u>

                                  /        <u>OF INMATE FILING FEE</u>

To: The Butte County Sheriff, 33 County Center Drive, Oroville, CA, 95965:

        Plaintiff, a prisoner proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Butte County Sheriff's Department is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

        In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

        1. The Butte County Sheriff or a designee shall collect monthly payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding

1 month's income credited to the prisoner's trust account and shall forward those payments to the
2 Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28
3 U.S.C. § 1915(b)(2) until a total of $350.00 has been collected and forwarded to the Clerk of the
4 Court.  The payments shall be clearly identified by the name and number assigned to this action.
5             2.  The Clerk of the Court is directed to serve a copy of this order and a copy of
6 plaintiff's in forma pauperis affidavit on the Butte County Sheriff, 33 County Center Drive,
7 Oroville, CA, 95965.
8             3.  The Clerk of the Court is directed to serve a copy of this order on the Financial
9 Department of the court.
10 DATED:  04/23/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

14 veav515.cdc