IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM F. B. VEAVER,

        Plaintiff,                      No. CIV S-08-0515 JAM GGH P

     vs.

BUTTE COUNTY JAIL, et al.,

        Defendants.              ORDER

_____/

        Plaintiff is a pretrial detainee proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is the amended complaint filed May 9, 2008.

        Plaintiff alleges that defendants, officials at the Butte County Jail, failed to properly process his administrative grievances in violation of his right to due process. Prisoners, including pretrial detainees, do not have a "separate constitutional entitlement to a specific prison grievance procedure." Ramirez v. Galaza, 334 F.3d 850, 860 (9th Cir. 2003); Flournoy v. Fairman, 897 F.Supp. 350, 354 (N.D. Ill. 1995)(jail grievance procedures do not create an enforceable substantive right under 42 U.S.C. § 1983).

/////

/////

/////

1

1       Because plaintiff has failed to state a colorable claim, the amended complaint is
2 dismissed with leave to file a second amended complaint.  The second amended complaint may
3 be no longer than 10 pages.  Fed. R. Civ. P. 8.
4       Accordingly, IT IS HEREBY ORDERED that the amended complaint filed May
5 9, 2008, is dismissed with thirty days to file a second amended complaint.
6 DATED:  06/05/08

                                            /s/ Gregory G. Hollows

                                      UNITED STATES MAGISTRATE JUDGE

vea515.ame